**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 99-60728
Summary Calendar

CARTER C. HART,

Petitioner,

V.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

Respondent.

Petition for Review of Agency Order Promulgated by the
United States Department of Transportation
(RSPA-98-3783)

October 3, 2000

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

ENFORCED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.